IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                          CASE NO. 1:10-cr-00022-MP-AK

TONYA SLACK CABRERA,

    Defendant.

_____/

## **O R D E R**

This matter came before the Court for a jury trial telephone status conference as to Tonya Slack Cabrera. During the hearing, the Defendant indicated that she would be entering a change of plea. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

A change of plea hearing will be held on Friday, July 9, 2010, at 10:00 a.m. The case will remain on the July 13th trial calendar until completion of the change of plea.

**DONE AND ORDERED** this  *18th*   day of June, 2010

                                      *s/Maurice M. Paul*
                              Maurice M. Paul, Senior District Judge